Restani v Universal Props. of N.Y., LLC (2024 NY Slip Op 01427)

Restani v Universal Props. of N.Y., LLC

2024 NY Slip Op 01427

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, GREENWOOD, AND NOWAK, JJ.

171 CA 23-00893

[*1]ABBY RESTANI AND THOMAS RESTANI, PLAINTIFFS-RESPONDENTS,
v
UNIVERSAL PROPERTIES OF NEW YORK, LLC, ST. MARY'S RECTORY AND ST. ANNE MOTHER OF MARY FOOD PANTRY, DEFENDANTS-APPELLANTS. 

MACKENZIE HUGHES LLP, SYRACUSE (W. BRADLEY HUNT OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
FINKELSTEIN & PARTNERS, LLP, NEWBURGH (GEORGE A. KOHL, II, OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Oswego County (Scott J. DelConte, J.), entered May 10, 2023. The order denied defendants' motion for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court